FOR PUBLICATION

FILED

**UNITED STATES COURT OF APPEALS**

OCT 28 2025

**FOR THE NINTH CIRCUIT**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF OREGON; CITY OF PORTLAND,

        Plaintiffs - Appellees,

  v.

DONALD J. TRUMP, In his official capacity as President of the United States; PETER HEGSETH, In his official capacity as Secretary of Defense; UNITED STATES DEPARTMENT OF DEFENSE; KRISTI NOEM, In her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

        Defendants - Appellants,

----------------------------------------

STATE OF CALIFORNIA,

        Intervenor - Pending.

No. 25-6268

D.C. No.
3:25-cv-01756-IM
District of Oregon,
Portland

**ORDER**

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c)

and Circuit Rule 40-3.  The order published at ---F.4th---, 2025 WL 2951371 (9th Cir. Oct. 20, 2025), is vacated.